# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00376-CV

**Thrive Counseling, LLC and Steven Wright, Appellants**

**v.**

**Kylie DeFrance, Appellee**

---

**FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
NO. 2799-335, THE HONORABLE JOHN WINKELMANN, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellants Thrive Counseling, LLC and Steven Wright have filed an unopposed motion to reinstate and dismiss this previously abated appeal.  We grant appellants' motion and reinstate and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellants' Motion

Filed:   June 27, 2025